UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DELICATE MUSIC, et al.,

    Plaintiffs,

    v.

A AND R, INC., et al.,

    Defendants.

Case No. 3:25-CV-534-CCB-JEM

## **ORDER**

This matter is before the Court following Magistrate Judge John E. Martin's

report and recommendation. (ECF 15). Magistrate Judge Martin recommended that

Plaintiffs' Motion for Default Judgment, (ECF 12), be granted, and that the Court enjoin

Defendants from presenting copyrighted musical works without proper authorization

and award Plaintiffs statutory damages in the amount of $25,000.00, along with

$7,005.00 in fees and costs.

This Court's review of a magistrate judge's report and recommendation is

governed by 28 U.S.C. § 636(b)(1), which provides in part:

> A judge of the court shall make a de novo determination of those portions
> of the report or specified proposed findings or recommendations to which
> objection is made. A judge of the court may accept, reject, or modify, in
> whole or in part, the findings or recommendations made by the magistrate
> judge. The judge may also receive further evidence or recommit the matter
> to the magistrate judge with instructions.

Under Federal Rule of Civil Procedure 72(b), the Court must only determine de novo

those portions of the magistrate judge's report and recommendation to which specific

written objections have been made. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). If no objection or only a partial objection is made, the Court reviews those unobjected portions for clear error. *Id.* Under the clear error standard, the Court can only overturn a magistrate judge's ruling if the Court is left with "the definite and firm conviction that a mistake has been made." *Weeks v. Samsung Heavy Indus. Co., Ltd.*, 126 F.3d 926, 943 (7th Cir. 1997). "If no party objects to the magistrate judge's action," the Court "may simply accept it." *Schur v. L.A. Weight Loss Centers, Inc.*, 577 F.3d 752, 760 (7th Cir. 2009).

Both 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) require the parties to file objections to a report and recommendation within 14 days of being served. Magistrate Judge Martin informed the parties of this deadline in his report and recommendation. (ECF 15). No objections have been filed.

The Court has reviewed Magistrate Judge Martin's well-reasoned report and recommendation, (ECF 15), and found no clear error. Accordingly, it **ADOPTS** the report and recommendation in its entirety. Plaintiffs' Motion for Default Judgement, (ECF 12), is **GRANTED**. Defendants are **ENJOINED** from presenting at R Bar, or at any other venue they own or operate, the public performance of any and all copyrighted musical works in the American Society of Composers, Authors, and Publishers ("ASCAP") repertory without proper authorization by either license from ASCAP or permission from the copyright owners of the works. Plaintiffs are **AWARDED** statutory damages in the amount of $25,000.00, along with $7,005.00 in fees and costs. The Clerk

2

is **DIRECTED** to close this case.

SO ORDERED on May 27, 2026.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT